UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HONORABLE RUBEN BROOKS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>-vs-<br><br>JOSE CARMEN TOVAR-RICO,<br><br>    Defendants.<br>_____ | ) CASE NO. 08CR3969GT<br>) MAGISTRATE NO. 08MJ3198<br>)<br>) ORDER TO<br>) EXONERATE BOND FOR<br>) MATERIAL WITNESS<br>)<br>) FABIAN DOMINGUEZ-TOVAR<br>)<br>)<br>) |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the personal surety bonds deposited on behalf of the Material Witness, FABIAN DOMINGUEZ-TOVAR is exonerated and all monies deposited for his bond is to be returned to the surety listed in the financial office of the Clerk, to wit:

JORGE PEREZ
1980 Federal Avenue
Costa Mesa, CA 92627

SO ORDERED:

DATED: November 26, 2008

*Ruben Brooks*
HONORABLE RUBEN BROOKS
MAGISTRATE JUDGE OF THE
UNITED STATES DISTRICT COURT